UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWON R. MONROE,<br><br>        Petitioner,<br><br>  v.<br><br>EDMUND G. BROWN, JR., Attorney General,<br><br>        Respondent.        / | Case Number: CV09-02665 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Yvette Smith
Next Friend
2126 Washington Way
Antioch, CA 94509

Dated: January 8, 2010

                                          Richard W. Wieking, Clerk

                                          By: Barbara Espinoza, Deputy Clerk