UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTWON R. MONROE,  Case Number: CV09-02665 CRB

       Plaintiff, **CERTIFICATE OF SERVICE**

  v.

STATE OF CALIFORNIA FEDERAL
COURT et al,

       Defendant.
                                             /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 19, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Yvette Smith
Next Friend
2126 Washington Way
Antioch, CA 94509

Dated: March 19, 2010

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk